No. 454, Misc. SHANE v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 474, Misc. SCOTT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 487, Misc. MORGAN v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 488, Misc. DECKHART v. CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 489, Misc. EDWARDS v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 492, Misc. DEFOE v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 493, Misc. CONERLY v. NEWELL, JUDGE, SUPERIOR COURT, LOS ANGELES COUNTY. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 321, Misc. SAMPEDRO v. PUERTO RICO. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Gerardo Ortiz del Rivero* for petitioner. *J. B. Fernandez Badillo,* Attorney General of Puerto Rico, and *Arturo Estrella,* Assistant Attorney General, for respondent.

No. 426, Misc. OWENS v. CALIFORNIA ET AL. Petition for writ of certiorari to the Supreme Court of California and for other relief denied.